## AFFIDAVIT OF NORMAN YATOOMA

I, Norman Yatooma, being first duly sworn, hereby depose and state that:

1.     I have personal knowledge of the matters set forth in this Affidavit and, if called to testify, I will attest that the facts stated are true.

2.     Pursuant to the Notice of Reciprocal Suspension for Non–Payment of Dues entered in Case 2:23-mc-50627-SFC on March 24, 2023 (ECF No. 1), I submit this affidavit to confirm that my reinstatement with the State Bar of Michigan was submitted on February 18, 2023. See **Exhibit A** – State Bar of Michigan Renewal Receipt.

3.     I am currently active and in good standing with the State Bar of Michigan. See **Exhibit B** – State Bar of Michigan Attorney Search.

_____
Norman Yatooma

Subscribed and sworn to me

This **31** day of March, 2026

_Elizabeth Harris_

Elizabeth Harris , Notary Public

Oakland          County, Michigan

My Commission Expires: 12/11/2027

Acting in the County of Oakland

1

# EXHIBIT A



State Bar of Michigan
306 Townsend St.
Lansing, MI 48933-2012
(517) 346-6377

# License Renewal Receipt

Norman A. Yatooma
P54746
2211 S Telegraph Rd Unit 7325
Bloomfield Hills, MI 48302-4812
United States
nyatooma@normanyatooma.com

Thank you for your payment.

Active attorneys requesting a bar card should receive it within 30 days.

Your payment was charged to credit card: *************3092

Payment Date: 02/18/2023

| License Fee & Other Payments | Amount |
| --- | --- |
| Attorney Discipline System | $140.00 |
| Client Protection Fund | $15.00 |
| Credit Card Transaction Fee | $14.12 |
| Late Charges | $50.00 |
| Reinstatement Fee | $100.00 |
| State Bar of Michigan | $260.00 |
| Total | $579.12 |

If you have any questions, contact Finance at sbmfinance@michbar.org or (517) 346-6377.

The Michigan Supreme Court requires attorneys to pay annual licensing fees to fund the Attorney Discipline System, Client Protection Fund, and State Bar of Michigan and any applicable reinstatement or late charges. Donations and section membership dues are voluntary.

This payment may be reversed if your bank or financial institution rejects the payment.

# EXHIBIT B


STATE BAR OF MICHIGAN

## Norman A Yatooma
### Yatooma Law, P.C.

⊘ **Attorney Verified**    ⊘ Active Member in Good Standing

About    Contact Info    Licenses

**ABOUT MY PRACTICE**

### CONNECTING WITH

**Norman A Yatooma**
Yatooma Law, P.C.

⬇ Download vCard

📞 Phone        🌐 Web

**Primary Address**

📍 2200 Hunt Street
Suite 2050
Detroit, MI 48207

**ACCREDITATIONS**